1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| ALEXANDER HUYNH, individually, and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>QUORA, INC., a Delaware corporation,<br><br>Defendant. | CASE NO.:  5:18-cv-07597-BLF<br><br>[PROPOSED] **ORDER REGARDING CONSOLIDATED AMENDED COMPLAINT**<br><br><br><br>Action Filed:  December 18, 2018 |

Having considered plaintiffs Alexander Huynh, Erica Cooper, Jeri Connor and defendant Quora, Inc.'s Stipulation Regarding Consolidated Amended Complaint, and for GOOD CAUSE shown, IT IS HEREBY ORDERED that:

*Erica Cooper and Jeri Connor v. Quora, Inc.*, Case No. 3:18-cv-07680-JD and *Alexander Huynh v. Quora, Inc.*, Case No. 5:18-cv-07597-BLF are consolidated before the Court;

Plaintiffs will file a Consolidated Amended Complaint within thirty (30) days, and no later than March 4, 2019;

Quora's response to the *Cooper* complaint is extended to the date that Quora will respond to the Consolidated Amended Complaint as set forth herein;

If the Consolidated Amended Complaint does not add any new claims, theories of recovery, or plaintiffs, Quora will have the later of thirty (30) days or until March 12, 2019 to respond, and if the Consolidated Amended Complaint adds new claims, theories of recovery, or plaintiffs, Quora will have sixty (60) days to respond, until no later than May 3, 2019.


IT IS SO ORDERED.

DATED:  February 1, 2019

_____
Hon. Beth Labson Freeman
United States District Judge