**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Joel D. Smith (State Bar No. 244902)
Thomas A. Reyda (State Bar No. 312632)
Blair E. Reed (State Bar No. 316791)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail:  ltfisher@bursor.com
         jsmith@bursor.com
         treyda@bursor.com
         breed@bursor.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER HUYNH, individually, and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>QUORA, INC., a Delaware corporation,<br><br>Defendant. | Case No. 5:18-cv-07597-BLF<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>**[L.R. 3-12]** |

1   PLEASE TAKE NOTICE that Plaintiff Rick Musgrave in *Musgrave v. Quora, Inc.*, N.D. Cal. Case No. 5:19-cv-00566-NC, hereby files this motion as required under Northern District of California Local Rule 3-12.

Local Rule 3-12(b) provides that "[w]henever a party knows or learns that an action, filed in or removed to this district is (or the party believes that the action may be) related to an action which is or was pending in this District as defined in Civil L.R. 3-12(a), the party must promptly file in the lowest-numbered case an Administrative Motion to Consider Whether Cases Should be Related, pursuant to Civil L.R. 7-11." L.R. 3-12(b). "An action is related to another when: (1) the actions concern substantially the same parties, property, transaction or event; and (2) it appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." *Id.*

In December 2018, two putative class actions were filed in this District against Quora, Inc., arising from the same data breach that occurred in December 2018. Those two actions were related by stipulation. Another matter was filed in January 2019. The remaining actions are as follows:

| Case Caption | Civil Action No. | Filing Date | Assigned Judge |
| --- | --- | --- | --- |
| *Huynh v. Quora, Inc.* | 5:18-cv-07597-BLF | 12/18/2018 | Hon. Beth Labson Freeman |
| *Cooper v. Quora, Inc.* | 3:18-cv-07597-BLF | 12/21/2018 | Hon. Beth Labson Freeman |
| *Musgrave v. Quora, Inc.* | 5:19-cv-00566-NC | 1/31/2019 | Hon. Nathanael M. Cousins |

The three matters appear to meet the standard for related cases under L.R. 3-12(a) because they involve the same defendant (Quora, Inc.), are class actions arising from the same event (the data breach), and potentially raise similar issues with respect to liability and/or defenses that defendant Quora, Inc. will raise.

ADMIN. MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
CASE NO. 5:18-CV-07597-BLF

| | |
|---|---|
| Dated: February 1, 2019 | Respectfully submitted, |
| | **BURSOR & FISHER, P.A.** |
| | By:      */s/ Blair E. Reed*       <br>            Blair E. Reed |
| | L. Timothy Fisher (State Bar No. 191626)<br>Joel D. Smith (State Bar No. 244902)<br>Thomas A. Reyda (State Bar No. 312632)<br>Blair E. Reed (State Bar No. 316791) |
| | 1990 North California Blvd., Suite 940<br>Walnut Creek, CA  94596<br>Telephone: (925) 300-4455<br>Facsimile: (925) 407-2700<br>Email: ltfisher@bursor.com<br>          jsmith@bursor.com<br>          treyda@bursor.com<br>          breed@bursor.com |
| | *Counsel for Plaintiff* |

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Bursor & Fisher, P.A., 1990 North California Blvd, Suite 940, Walnut Creek, California 94596. On February 1, 2019, I served the within document:

**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

☒ by placing a copy of the document(s) listed above for collection and mailing following the firm's ordinary business practice in a sealed envelope with postage thereon fully prepaid for deposit in the United States mail at Walnut Creek, California addressed as set forth below.

| | |
|---|---|
| Ivy T. Ngo<br>Franklin D. Azar & Associates, P.C.<br>14426 E. Evans Avenue<br>Aurora, CO 80014<br><br>*Attorneys for Plaintiffs in the Cooper Action* | Ian Ballon<br>Greenberg Traurig LLP<br>1900 University Avenue, 5th Floor<br>East Palo Alto, CA 94303<br><br>*Attorneys for Defendant Quora, Inc. in all actions* |
| Tarek H. Zohdy<br>Cody R. Padgett<br>Trisha K. Monesi<br>Capstone Law APC<br>1875 Century Park East, Suite 1000<br>Los Angeles, CA 90067<br><br>*Attorneys for Plaintiff in the Huynh action* | |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct, executed on February 1, 2019, at Walnut Creek, California.

*/s/ Debbie Schroeder*
_____
Debbie Schroeder