# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

ALEXANDER HUYNH, et al.,

               Plaintiffs,

     v.

QUORA, INC.,

               Defendant.

Case No.  5:18-cv-07597-BLF

**CASE MANAGEMENT ORDER**

On April 11, 2019, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.  The Court ORDERS as follows:

(1)     The presumptive limits on discovery set forth in the Federal Rules of Civil Procedure shall apply to this case unless otherwise ordered by the Court.

(2)     The deadline for joinder of any additional parties, or other amendments to the pleadings, is sixty days after entry of this order unless stated otherwise below.

(3)     The deadline for the parties to meet, confer, and submit a stipulation and order setting all deadlines not set by the Court below, including discovery cut-offs and expert disclosure deadlines, is fourteen days after entry of this order unless stated otherwise by the Court on the record at the Case Management Conference.

(4)     All disputes with respect to disclosures or discovery are referred to the assigned Magistrate Judge.

(5)     Unless previously ordered or stipulated, the parties shall meet and confer further in order to reach an agreement on an ADR process within 10 days of the date of this Order. Within that same time frame, the parties shall either (1) file the form entitled "Stipulation and (Proposed) order Selecting ADR Process" if an agreement is reached,

or (2) file the form entitled "Notice of Need of ADR Phone Conference".

(6)     The parties shall comply with the Court's standing orders, which are available on the Court's website and in the Clerk's Office.

IT IS FURTHER ORDERED that the following schedule and deadlines shall apply to this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Last Day to Amend Pleadings or Add Parties | 60 Days from Date of this Order |
| Last Day to File Class Certification Motion | 4/17/2020 at 9:00 AM |
| Last Day to Hear Dispositive Motions | 6/17/2021 at 9:00 AM |
| Final Pretrial Conference | 9/23/2021 at 1:30 PM |
| Trial | 11/8/2021 at 9:00 AM |

Dated:  April 11, 2019

BETH LABSON FREEMAN
United States District Judge