| | |
|---|---|
| Mark A. Ozzello (SBN 116595)<br>Mark.Ozzello@capstonelawyers.com<br>Tarek H. Zohdy (SBN 247775)<br>Tarek.Zohdy@capstonelawyers.com<br>Cody R. Padgett (SBN 275553)<br>Cody.Padgett@capstonelawyers.com<br>Trisha K. Monesi (SBN 303512)<br>Trisha.Monesi@capstonelawyers.com<br>**Capstone Law APC**<br>1875 Century Park East, Suite 1000<br>Los Angeles, California 90067<br>Telephone: (310) 556-4811<br>Facsimile: (310) 943-0396<br><br>Attorneys for Plaintiff Alexander Huynh<br><br>IVY T. NGO (249860)<br>**FRANKLIN D. AZAR & ASSOCIATES, P.C.**<br>14426 East Evans Avenue<br>Aurora, CO 80014<br>Telephone: (303) 757-3300<br>Facsimile: (720) 213-5131<br>Email: ngoi@fdazar.com<br><br>Attorneys for Plaintiffs Erica Cooper and Jeri Connor | **BURSOR & FISHER, P.A.**<br>L. Timothy Fisher (State Bar No. 191626)<br>Joel D. Smith (State Bar No. 244902)<br>Blair E. Reed (State Bar No. 316791)<br>1990 North California Blvd., Suite 940<br>Walnut Creek, CA 94596<br>Telephone: (925) 300-4455<br>Facsimile: (925) 407-2700<br>E-Mail: ltfisher@bursor.com<br>jsmith@bursor.com<br>breed@bursor.com<br><br>Attorneys for Plaintiff Rick Musgrave<br><br>**GREENBERG TRAURIG, LLP**<br>IAN C. BALLON (SBN 141819)<br>*Ballon@gtlaw.com*<br>1900 University Avenue, 5th Floor<br>East Palo Alto, California 94303<br>Telephone: 650.328.7881<br>Facsimile: 650.462.7881<br><br>REBEKAH S. GUYON (SBN 291037)<br>*GuyonR@gtlaw.com*<br>1840 Century Park East, Suite 1900<br>Los Angeles, California 90067-2121<br>Telephone: 310.586.7700<br>Facsimile: 310.586.7800<br><br>Attorneys for defendant Quora, Inc. |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| ALEXANDER HUYNH, ERICA COOPER, JERI CONNOR, and RICK MUSGRAVE individually, and on behalf of a class of similarly situated individuals,<br><br>        Plaintiffs,<br><br>v.<br><br>QUORA, INC., a Delaware corporation,<br><br>        Defendant. | CASE NO.: 5:18-cv-07597-BLF<br><br>**STIPULATION AND [PROPOSED] ORDER CHANGING TIME PURSUANT TO CIVIL L.R. 6-2** |

1   Pursuant to Civil L.R. 6-2, plaintiffs Alexander Huynh, Erica Cooper, Jeri Connor, Rick Musgrave and defendant Quora, Inc. ("Quora") (collectively, the "parties") by and through their respective counsel, hereby stipulate to the below briefing schedule for Quora's Motion to Dismiss the Consolidated Second Amended Class Action Complaint (May 28, 2019), ECF No. 57 ("Motion").

In support of this stipulation, the parties state as follows:

WHEREAS, on February 5, 2019, Quora and plaintiffs Huynh, Cooper, and Connor stipulated to a briefing schedule for a motion to dismiss the Consolidated First Amended Class Action Complaint (Feb. 12, 2019), ECF No. 25, providing that "(1) plaintiffs will have (30) days to file a response to Quora's motion to dismiss, until no later than May 3, 2019; and (2) Quora will have twenty (20) days to file a reply brief in support of the motion to dismiss, until no later than May 23, 2019," ECF No. 22 at 1;

WHEREAS, the Court entered an order adopting Quora, Huynh, Cooper, and Connor's stipulated briefing schedule on February 6, 2019, *see* ECF No. 23;

WHEREAS, on April 4, 2019, plaintiffs Alexander Huynh, Erica Cooper, Jeri Connor, and defendant Quora stipulated that, "[i]f Quora moves to dismiss . . . any further consolidated complaint that is filed (and if any further consolidated complaint does not include claims, theories of recovery, or plaintiffs beyond those in the operative complaints in the *Huynh/Cooper* and *Musgrave* actions) . . . (1) plaintiffs will have thirty (30) days to file a response to Quora's motion to dismiss; and (2) Quora will have twenty (20) days to file a reply brief in support of the motion to dismiss," ECF No. 44 at 14.

WHEREAS, on April 11, 2019, this Court issued an order consolidating the cases of plaintiffs Alexander Huynh, Erica Cooper, Jeri Connor, and plaintiff Rick Musgrave and ordering plaintiffs to file a consolidated complaint, but the Court's order did not address the previously agreed-upon briefing schedule (*see* ECF No. 45);

WHEREAS, on April 25, 2019, plaintiffs Alexander Huynh, Erica Cooper, Jeri Connor, and Rick Musgrave filed the Consolidated Second Amended Complaint, *see* ECF No. 55;

WHEREAS, on May 28, 2019, Quora filed the Motion, *see* ECF No. 57;

WHEREAS, the parties agree that considering the length of time between the filing of Quora's motion and the hearing date, the number of causes of action alleged, as well as the number of plaintiffs, a lengthened briefing schedule to ensure that the parties have a reasonable time to complete their respective

1 | opposition and reply is appropriate;

2 |     WHEREAS, the parties have agreed that plaintiffs will have until July 18, 2019 to file a response
3 | to the Motion, and Quora will have until August 22, 2019 to file a reply brief in support of the Motion;

4 |     WHEREAS, the hearing for the Motion has been set for November 14, 2019, and parties' new
5 | stipulated briefing schedule for the Motion will not alter the hearing date or any dates set by the Court
6 | other than the briefing schedule for the Motion;

7 |     WHEREAS, the parties previously stipulated to the following time modifications in this case:

- On January 8, 2019, Huynh and Quora stipulated to extend Quora's deadline to respond to his complaint (*see* ECF No. 13);
- On February 20, 2019, Musgrave and Quora stipulated to extend Quora's deadline to respond to his complaint (*see Musgrave* ECF No. 10);
- On February 21, 2019, the Court entered an order adopting Huynh, Cooper, and Connor and Quora's stipulated request to extend Quora's deadline to respond to the First Consolidated Amended Complaint until March 28, 2019 (*see* ECF No. 29);
- On March 13, 2019, all parties stipulated (*see* ECF No. 34, *Musgrave* ECF No. 16) and the Court entered an order (*see* ECF No. 35, *Musgrave* ECF No. 17) to extend Quora's deadline to file a motion to dismiss until thirty (30) days after the later of an order denying plaintiffs' pending motions for appointment of lead counsel and consolidation or the filing of an amended complaint pursuant to an order granting plaintiffs' motions in either Action.

21 |     THEREFORE, the parties stipulate and request that the Court order the following:
22 | (1) Plaintiffs will have until July 18, 2019 to file a response to Quora's Motion; and
23 | (2) Quora will have until August 22, 2019 to file a reply brief in support of the Motion.

DATED:  June 11, 2019                CAPSTONE LAW APC

By: */s/ Mark A. Ozzello*
Mark A. Ozzello
Attorneys for Plaintiff Alexander Huynh

DATED: June 11, 2019                         FRANKLIN D. AZAR & ASSOCIATES, P.C.

                                             By: /s/ Ivy T. Ngo
                                                 Ivy T. Ngo
                                             Attorneys for Plaintiffs Erica Cooper and Jeri Connor

DATED: June 11, 2019                         BURSOR & FISHER, P.A.

                                             By: /s/ L. Timothy Fisher
                                                 L. Timothy Fisher
                                             Attorneys for Plaintiff Rick Musgrave

DATED: June 11, 2019                         GREENBERG TRAURIG, LLP

                                             By: /s/ Ian C. Ballon
                                                 Ian C. Ballon
                                             Attorneys for defendant Quora, Inc.

### **ATTESTATION OF FILER**

I, L. Timothy Fisher, am the ECF user whose ID and password are being used to file this Stipulation in compliance with Local Rule 5-1(i)(3). I hereby attest that the concurrence of the filing of this document has been obtained from each of the other signatories indicated by a conformed signature (/s/) within this document.

DATED: June 11, 2019

                                              /s/ L. Timothy Fisher

# [~~PROPOSED~~] ORDER GRANTING STIPULATION

Plaintiffs will have until July 18, 2019 to file a response to Quora's Motion, and Quora will have until August 22, 2019 to file a reply brief in support of the Motion.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: ___June 12___, 2019        _____
                                                          Hon. Beth Labson Freeman
                                                          United States District Judge