UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER HUYNH, ERICA COOPER, JERI CONNOR, and RICK MUSGRAVE individually, and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>QUORA, INC., a Delaware corporation,<br><br>Defendant. | CASE NO.: 5:18-cv-07597-BLF<br><br>Hon. Beth Labson Freeman<br><br>[~~PROPOSED~~] **ORDER GRANTING STIPULATED REQUEST FOR ORDER CHANGING TIME PURSUANT TO CIVIL L.R. 6-2**<br>AS MODIFIED BY THE COURT |

Having considered plaintiffs Alexander Huynh, Erica Cooper, Jeri Connor, and Rick Musgrave (collectively, "plaintiffs") and defendant Quora, Inc. ("Quora")'s Stipulated Request for Order changing Time, and for GOOD CAUSE shown, IT IS HEREBY ORDERED that:

1. Quora's deadline to respond to plaintiffs' Consolidated Third Amended Class Action Complaint, filed January 17, 2020, ECF No. 74, is extended to February 28, 2020; and

2. Plaintiffs' deadline to move for class certification is extended until 120 days after Quora files an answer to the operative complaint.

```
Counsel is advised that if this modification of case schedule causes the parties to seek a
delay in filing summary judgment motions, they should expect the trial date to be vacated
and reset in 2023 -- the Court's next available trial date.
```

IT IS SO ORDERED.

Dated: February 12, 2020

_____
Hon. Beth Labson Freeman
United States District Judge