# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| ALEXANDER HUYNH, ERICA COOPER, JERI CONNOR, and RICK MUSGRAVE, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>QUORA, INC., a Delaware corporation,<br><br>Defendant. | Case No.: 5:18-cv-07597-BLF<br><br>**NOTICE OF CHANGE OF FIRM AFFILIATION AND ADDRESS** |

Please be advised that Ivy T. Ngo, counsel for plaintiffs Erica Cooper and Jeri Connor, is no longer affiliated with Franklin D. Azar & Associates, P.C.  Ms. Ngo remains as counsel for Plaintiff Erica Cooper and her contact information is as follows:

>Ivy T. Ngo
>Law Office of Ivy T. Ngo
>60 Lehigh Aisle #90
>Irvine, CA 92612
>Phone: (949) 401-7388
>Email: itngo@sudomail.com

DATED:   March 4, 2020

Respectfully Submitted

By: */s/ Ivy T. Ngo*
Ivy T. Ngo, Esq. (CA 249860)
Law Office of Ivy T. Ngo
60 Lehigh Aisle #90
Irvine, CA 92612
Phone: (949) 401-7388
Email: itngo@sudomail.com

## CERTIFICATE OF SERVICE

I, Ivy T. Ngo, hereby certify that this document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this 4th day of March, 2020.

/s/ Ivy T. Ngo
Ivy T. Ngo