| | |
|---|---|
| Franklin D. Azar (*pro hac vice*) | Paul R. Wood (*pro hac vice*) |
| Margeaux R. Azar (*pro hac vice*) | **FRANKLIN D. AZAR & ASSOCIATES, P.C.** |
| **FRANKLIN D. AZAR & ASSOCIATES, P.C.** | 6161 South Syracuse Way, Suite 200 |
| 14426 East Evans Avenue | Greenwood Village, CO 80111 |
| Aurora, CO 80014 | Telephone: (303) 757-3300 |
| Telephone: (303) 757-3300 | Facsimile: (720) 213-5131 |
| Facsimile: (720) 213-5131 | Email: woodp@fdazar.com |
| Email: azarf@fdazar.com | |
| Email: azarm@fdazar.com | |

*Attorneys for Plaintiffs Erica Cooper and Jeri Connor*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER HUYNH, ERICA COOPER, JERI CONNOR, and RICK MUSGRAVE individually, and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>QUORA, INC., a Delaware corporation,<br><br>Defendant. | Case No.: 5:18-cv-07597-BLF<br><br>Hon. Beth Labson Freeman<br><br>**MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFF ERICA COOPER**<br><br>Judge: Hon. Beth Labson Freeman<br>Courtroom: 3 – 5th Floor<br>Date: April 30, 2020<br>Time: 9:00 a.m. |

**MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO WITHDRAW**

| | |
|---|---|
| 1 | Franklin D. Azar & Associates, P.C., Franklin D. Azar, Margeaux R. Azar, and Paul R. |
| 2 | Wood ("FDAzar") seek leave of this Court to withdraw as counsel for Plaintiff Erica Cooper ("Ms. |
| 3 | Cooper"). Withdrawal is necessary and appropriate because Ms. Cooper has indicated she no longer |
| 4 | wants FDAzar to represent her and has retained substitute counsel. |

Franklin D. Azar & Associates, P.C., Franklin D. Azar, Margeaux R. Azar, and Paul R. Wood ("FDAzar") seek leave of this Court to withdraw as counsel for Plaintiff Erica Cooper ("Ms. Cooper"). Withdrawal is necessary and appropriate because Ms. Cooper has indicated she no longer wants FDAzar to represent her and has retained substitute counsel.

As set forth in the Declaration of Paul R. Wood ("Wood Decl."), Ms. Cooper engaged FDAzar on December 20, 2018 in relation to potential claims against Quora, Inc. for its failure to safeguard plaintiffs' Personal Identifying Information. Wood Decl., ¶3. On March 2, 2020 Ms. Cooper indicated she no longer wanted FDAzar to represent her. *Id.*, ¶4. FDAzar then gave Ms. Cooper notice of their intent to withdraw, and Ms. Cooper consented via e-mail to allow FDAzar to withdraw as her counsel. *Id.* On March 4, 2020, Ivy T. Ngo, formerly of Franklin D. Azar & Associates, P.C., filed a Notice of Change of Firm Affiliation on behalf of Ms. Connor. *Id.*, ¶5; *see* Dkt. No. 90 ("Ms. Ngo remains as counsel for Plaintiff Erica Cooper."). A copy of the Motion will be served on Ms. Cooper through her new counsel.

WHEREFORE, for all the reasons stated herein, and in the Declaration of Paul R. Wood, Movants respectfully request the Court allow them to withdraw as counsel for Erica Cooper, and for such other and further relief to which it may justly be entitled.

Dated:  March 5, 2020                   Respectfully submitted,

                                                              **Franklin D. Azar & Associates, P.C.**

By: */s/ Paul R. Wood*
     Franklin D. Azar
     Margeaux R. Azar
     Paul R. Wood

*Attorneys for Plaintiffs Connor and Cooper*

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I, Paul R. Wood, hereby certify that on March 5, 2020, I authorized the electronic filing of |
| 3 | the foregoing, MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO WITHDRAW |
| 4 | AS COUNSEL FOR PLAINTIFF ERICA COOPER using the CM/ECF system, which will send |
| 5 | notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List |
| 6 | maintained by this Court. |
| 7 | I certify under penalty of perjury under the laws of the United States of America that the |
| 8 | foregoing is true and correct. Executed on March 5, 2020, at Greenwood Village, Colorado |

By: /s/ *Paul R. Wood*
Paul R. Wood