# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| ALEXANDER HUYNH, et al., <br><br> Plaintiffs, <br><br> v. <br><br> QUORA, INC., <br><br> Defendant. | Case No. 18-cv-07597-BLF <br><br> **ORDER GRANTING JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE OF PLAINTIFF RICK MUSGRAVE** <br><br> [Re: ECF 137] |

Pursuant to the parties' stipulation (ECF 137), the Court hereby orders and decrees that Plaintiff Rick Musgrave is DISMISSED WITH PREJUDICE. Each party is to bear its own attorneys' fees and costs

**IT IS SO ORDERED.**

Dated: August 3, 2020

_____
BETH LABSON FREEMAN
United States District Judge