# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

|  |  |
|---|---|
| JERI CONNOR,<br><br>    Plaintiff,<br><br>  v.<br><br>QUORA, INC.,<br><br>    Defendant. | Case No.  18-cv-07597-BLF<br><br>**ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>[Re:  ECF 141] |

Before the Court is Defendant's administrative motion to file under seal portions of its motion for summary judgment and associated exhibits. Mot., ECF 141. Defendant filed its request for two reasons: 1) portions of the motion for summary judgment and associated exhibits were designated by Plaintiff as "Confidential" pursuant to the stipulated protective order (ECF 64), and 2) portions of the motion for summary judgment and associated exhibits contain commercially sensitive documents and information regarding Defendant's business. Mot 1-2. Plaintiff filed a declaration in support of Defendant's motion to seal regarding the portions that contain information designated as confidential pursuant to the protective order. *See* Decl. of Paul R. Wood, ECF 144. For the reasons stated below, the Defendant's motion is GRANTED.

## I. LEGAL STANDARD

"Historically, courts have recognized a 'general right to inspect and copy public records and documents, including judicial records and documents.'" *Kamakana v. City and Cnty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (quoting *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 597 & n.7 (1978)). Consequently, filings that are "more than tangentially related to the merits of a case" may be sealed only upon a showing of "compelling reasons" for sealing. *Ctr.*

1    *for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1101-02 (9th Cir. 2016). Filings that are

2    only tangentially related to the merits may be sealed upon a lesser showing of "good cause." *Id.*

3    at 1097.

4         Sealing motions filed in this district also must be "narrowly tailored to seek sealing only of

5    sealable material, and must conform with Civil L.R. 79-5(d)." Civil L.R. 79-5(b). Under Civil

6    Local Rule 79-6(d), the submitting party must attach a "proposed order that is narrowly tailored to

7    seal only the sealable material" which "lists in table format each document or portion thereof that

8    is sought to be sealed." In addition, a party moving to seal a document in whole or in part must file

9    a declaration establishing that the identified material is "sealable." Civ. L.R. 79-5(d)(1)(A).

10   "Reference to a stipulation or protective order that allows a party to designate certain documents

11   as confidential is not sufficient to establish that a document, or portions thereof, are sealable." *Id.*

12   Where the moving party requests sealing of documents because they have been designated

13   confidential by another party or a non-party under a protective order, the burden of establishing

14   adequate reasons for sealing is placed on the designating party or non-party. Civ. L.R. 79-5(e).

15   The moving party must file a proof of service showing that the designating party or non-party has

16   been given notice of the motion to seal. *Id.* "Within 4 days of the filing of the Administrative

17   Motion to File Under Seal, the Designating Party must file a declaration . . . establishing that all of

18   the designated material is sealable." Civ. L.R. 79-5(e)(1). "If the Designating Party does not file a

19   responsive declaration . . . and the Administrative Motion to File Under Seal is denied, the

20   Submitting Party may file the document in the public record no earlier than 4 days, and no later

21   than 10 days, after the motion is denied." Civ. L.R. 79-5(e)(2).

22

23   **II.    DISCUSSION**

24        Documents containing commercially sensitive information have been held sealable in this

25   Circuit. *See, e.g.*, *In re Elec. Arts, Inc.*, 298 F. App'x 568, 569 (9th Cir. 2008) (sealing exhibit

26   containing trade secrets and adopting definition of trade secret as "any formula, pattern, device or

27   compilation of information which is used in one's business, and which gives him an opportunity to

28   obtain an advantage over competitors who do not know or use it"). The Court has reviewed

Defendant's sealing motion and the declaration of the designating party submitted in support thereof. The Court finds that Defendant has articulated compelling reasons to seal certain portions of the cited brief and exhibits. The proposed redactions are generally narrowly tailored. The Court's rulings on the sealing request is set forth in the table below.

| ECF No. | Document to be Sealed | Result | Reasoning |
|---------|----------------------|--------|-----------|
| 141-3 | Griffin Decl., Ex 1 | GRANTED as to entire document | This document contains proprietary, non-public, and competitively sensitive technical details. Decl. of Zhe Fu ("Fu Decl.") ¶¶ 5, 7. |
| 141-4 | Griffin Decl., Ex 2 | GRANTED as to entire document | This document contains proprietary, non-public, and competitively sensitive technical details. Fu Decl. ¶¶ 5, 7. |
| 141-5 | Griffin Decl., Ex 3 | GRANTED as to entire document | This document contains proprietary, non-public, and competitively sensitive technical details. Fu Decl. ¶¶ 5, 7. |
| 141-6 | Griffin Decl., Ex 4 | GRANTED as to entire document | This document contains proprietary, non-public, and competitively sensitive technical details. Fu Decl. ¶¶ 5, 7. |
| 141-7 | Griffin Decl., Ex 5 | GRANTED as to entire document | This document contains proprietary, non-public, and competitively sensitive technical details. Fu Decl. ¶¶ 5, 7. |
| 141-8 | Fu Decl. in support of Mot. for Summary Judgment, Ex 6 | GRANTED as to entire document | This document contains proprietary, non-public, and competitively sensitive technical details. Fu Decl. ¶¶ 6, 7. |
| 141-9 | Connor Dep., Ex. 7 | GRANTED as to entire document | This document contains Plaintiff's personally identifiable information. Decl. of Paul R. Wood ("Wood Decl.") ¶ 5. |
| 141-10 | Connor Dep., Ex. 8 | GRANTED as to entire document | This document contains Plaintiff's personally identifiable information. Wood Decl. ¶ 5. |
| 141-11 | Connor Dep., Ex. 9 | GRANTED as to entire document | This document contains Plaintiff's personally identifiable information. Wood Decl. ¶ 5. |
| 141-12 | Connor Dep., Ex. 11 | GRANTED as to entire document | This document contains Plaintiff's personally identifiable information. Wood Decl. ¶ 5. |

United States District Court
Northern District of California

| | | | |
|---|---|---|---|
| 141-13 | Connor Dep., Ex. 16 | GRANTED as to entire document | This document contains Plaintiff's personally identifiable information. Wood Decl. ¶ 5. |
| 142-1 | Tr. excerpts of Connor Dep. | GRANTED as to the portions of the document highlighted at: 16:1-7, 20:10-25, 33:23-34:23, 39:1-5, 46:7-25, 53:1-9, 53:19- 54:14, 56:14-23, 57:10- 15, 71 (all), 78:14-25, 79:1-10, 94:2-7, 95:7- 11, 97:18-25, 99 (all), 105:1-10, 108:5- 110:10, 121 (all), 172:10-13, 172:22-24, 203:5-12 | This document contains Plaintiff's personally identifiable information. Wood Decl. ¶ 5. |
| 141-14 | Connor Dep., Ex 17 | GRANTED as to entire document | This document contains Plaintiff's personally identifiable information. Wood Decl. ¶ 5. |
| 142-3 | Griffin Decl. | GRANTED as to the portions of the document highlighted at: ¶¶ 4, 6-21 | This document contains proprietary, non-public, and competitively sensitive technical details. Fu Decl. ¶¶ 5, 7. |
| 142-5 | Fu Decl. in support of Mot. for Summary Judgment | GRANTED as to the portions of the document highlighted at: ¶¶ 3; 5-7; 9-10 | This document contains proprietary, non-public, and competitively sensitive technical details. Fu Decl. ¶¶ 5, 7. |
| 142-7 | Ferrante Decl. | GRANTED as Appendix B and to the portions of the document highlighted at: ¶¶ 7-8; 13-16; 20- | This document contains proprietary, non-public, and competitively sensitive technical details. Fu Decl. ¶¶ 5, 7. Further, this document contains Plaintiff's personally identifiable information. |

United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | | 31 | Wood Decl. ¶ 5. |
|---|---|---|---|
| 142-9 | Mot. for Summary Judgment | GRANTED as to the portions of the document highlighted at: 1:2-5; 2:11-14; 3:18; 3:24-4:24; 5:4-5, 9-11, 14-21, 23-27; 6:1-4, 7-17; 7:6-7, 19-23, 25, 27; 8:1, 4-9; 12:17-18; 12:27-13:6; 14:26-15:1; 15:3, 5; 21:11-12, 23-24 | This document contains proprietary, non-public, and competitively sensitive technical details. Fu Decl. ¶¶ 5, 7. Further, this document contains Plaintiff's personally identifiable information. Wood Decl. ¶ 5. |

## III.   ORDER

For the foregoing reasons, the Court GRANTS Defendant's administrative motion to file portions of the motion for summary judgment and associated exhibits under seal.

This order disposes of ECF 141.

**IT IS SO ORDERED.**

Dated: September 22, 2020

BETH LABSON FREEMAN
United States District Judge

5