**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| JERI CONNOR,<br><br>          Plaintiff,<br><br>     v.<br><br>QUORA, INC.,<br><br>          Defendant. | Case No. 18-cv-07597-BLF<br><br>**ORDER REQUIRING RESPONSE FROM DEFENDANT TO PLAINTIFF'S MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE** |

Plaintiff has filed a motion for relief from Magistrate Judge Nathanael Cousins's Order Re Order of Discovery Brief. *See* Mot., ECF 171. Under this district's Civil Local Rules, the Court may deny a motion for relief from a nondispositive pretrial order of a magistrate judge "by written order at any time, but may not grant it without first giving the opposing party an opportunity to respond." Civ. L.R. 72-2. Accordingly, the Court REQUESTS Defendant Quora, Inc. file its response to Plaintiff's motion **on or before November 2, 2020**.

Quora is requested to direct the Court to the evidence and argument submitted to the Magistrate Judge demonstrating that it retained the consultant in anticipation of litigation as required by FRCP 26(b)(4)(B). Specifically, Quora must demonstrate evidence showing when the consultant was retained and the circumstances of his relationship with Quora at that time, or explain why Rule 26 does not require such disclosure. Quora shall also address the standards set forth in *In re Premera Blue Cross Customer Data Sec. Breach Litig.*, 296 F. Supp. 3d 1230, 1245 (D. Or. 2017) and *U.S. Inspection Services, Inc. v. NL Engineered Solutions, LLC*, 268 F.R.D. 614, 618 (N.D. Cal 2010).

**IT IS SO ORDERED.**

Dated: October 26, 2020

_____
BETH LABSON FREEMAN
United States District Judge