# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| JERI CONNOR, <br><br> Plaintiff, <br><br> v. <br><br> QUORA, INC., <br><br> Defendant. | Case No. 18-cv-07597-BLF <br><br> **ORDER REQUIRING RESPONSE FROM DEFENDANT TO PLAINTIFF'S MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE** |

Plaintiff has filed a motion for relief from Magistrate Judge Nathanael Cousins's Order resolving this case's latest discovery dispute. *See* Mot., ECF 209. Under this district's Civil Local Rules, the Court may deny a motion for relief from a nondispositive pretrial order of a magistrate judge "by written order at any time, but may not grant it without first giving the opposing party an opportunity to respond." Civ. L.R. 72-2. Accordingly, the Court REQUESTS Defendant Quora, Inc. file its response to Plaintiff's motion **on or before January 8, 2021**.

The Court requests that Quora address Plaintiff's citation to *United States v. Sierra Pac. Indus.*, No. CIV S–09–2445 KJM EFB, 2011 WL 2119078 (E.D. Cal. May 26, 2011) as well as the other issues raised by Plaintiff in the motion.

**IT IS SO ORDERED.**

Dated: December 23, 2020

_____
BETH LABSON FREEMAN
United States District Judge