1

2

3                          **UNITED STATES DISTRICT COURT**

4                         **NORTHERN DISTRICT OF CALIFORNIA**

5                               **SAN JOSE DIVISION**

6

7       JERI CONNOR,                              Case No.  18-cv-07597-BLF

8                    Plaintiff,

9            v.                                   **ORDER DENYING MOTION FOR**
                                                  **RELIEF FROM NONDISPOSITIVE**
10      QUORA, INC.,                              **PRETRIAL ORDER OF MAGISTRATE**
                                                  **JUDGE**
11                   Defendant.                   [Re: ECF 209]

12

United States District Court
Northern District of California

13          Before the Court is Plaintiff Jeri Connor's motion for relief from a non-dispositive pretrial

14   order of Magistrate Judge Nathanael M. Cousins, pursuant to Local Civil Rule 72-2. *See* Mot.,

15   ECF 209. Ms. Connor challenges Judge Cousins's denial of her motion to compel further

16   document production on the basis that he failed to apply the three-part test for implied waiver as

17   set forth in *Home Indemnity Co. v. Lane Powell Moss & Miller*, 43 F.3d 1322, 1326 (9th Cir.

18   1995). Mot. 1. After the Court ordered Quora to respond to Ms. Connor's motion, Quora filed an

19   opposition brief arguing that Judge Cousins correctly decided that Quora did not impliedly waive

20   its work product privilege. *See* Opp'n, ECF 189.

21          A magistrate judge's non-dispositive pretrial order may be modified or set aside if it is

22   "clearly erroneous or is contrary to law." Fed. R. Civ. P. 72(a). "[T]he magistrate's factual

23   determinations are reviewed for clear error, and the magistrate's legal conclusions are reviewed to

24   determine whether they are contrary to law." *Perry v. Schwarzenegger*, 268 F.R.D. 344, 348 (N.D.

25   Cal. 2010). Having reviewed the briefing and underlying order, the Court finds no clear error and

26   that Judge Cousins's legal conclusion was not contrary to law. Judge Cousins found that Quora

27   did not waive the privilege by filing the selective testimony of Zhe Fu, Paula Griffin, and Jesse

28   Duan in support of summary judgment. Order 2, ECF 206 He further found that the witnesses did

1    not reference or rely upon the documents in question in their declarations. *Id.* And finally, he

2    found that Ms. Connor should be able to understand and rebut the testimony without piercing

3    privileged information. *Id.* These findings satisfy the three-part test as articulated in *Home*

4    *Indemnity Co.* 43 F.3d at 1326. Accordingly, the Court DENIES Ms. Connor's motion for relief.

5        **IT IS SO ORDERED.**

6

7    Dated: January 12, 2021

8                                                   _____

9                                                   BETH LABSON FREEMAN
                                                    United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

2