Steven R. Weinmann (SBN 190956)
Steven.Weinmann@Capstonelawyers.com
Tarek H. Zohdy (SBN 247775)
Tarek.Zohdy@capstonelawyers.com
Cody R. Padgett (SBN 275553)
Cody.Padgett@capstonelawyers.com
**CAPSTONE LAW APC**
1875 Century Park East, Suite 1000
Los Angeles, California 90067
Telephone: (310) 556-4811
Facsimile: (310) 943-0396
*Attorneys for Plaintiff Jeri Connor*

PAUL R. WOOD (*pro hac vice*)
FRANKLIN D. AZAR (*pro hac vice*)
**FRANKLIN D. AZAR & ASSOCIATES, P.C.**
6161 South Syracuse Way, Suite 200
Greenwood Village, CO 80111
Telephone: (303) 757-3300
Facsimile: (720) 213-5131
Email: woodp@fdazar.com
          azarf@fdazar.com
*Attorneys for Plaintiff Jeri Connor*

**GREENBERG TAURIG, LLP**
IAN C. BALLON (SBN 141819)
*Ballon@gtlaw.com*
1900 University Avenue, 5th Floor
East Palo Alto, California 94303
Telephone: 650.328.7881
Facsimile: 650.462.7881
REBEKAH S. GUYON (SBN 291037)
*GuyonR@gtlaw.com*
1840 Century Park East, Suite 1900
Los Angeles, California 90067-2121
Telephone: 310.586.7700
Facsimile: 310.586.7800

VISHESH NARAYEN (*pro hac vice*)
narayenv@gtlaw.com
101 E. Kennedy Blvd., Suite 1900
Tampa, FL 33602
Telephone: 813.318.5700
Facsimile: 813.318.5900

*Attorneys for Defendant Quora, Inc*.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERI CONNOR,<br><br>           Plaintiff,<br><br>     v.<br><br>QUORA, INC., a Delaware corporation,<br><br>           Defendant. | Case No.:  5:18-cv-07597-BLF<br><br>Hon. Beth Labson Freeman<br><br>**STIPULATION FOR ENTRY OF JUDGMENT**<br><br>[*Proposed Judgment Filed Concurrently*]<br><br>Complaint Filed: Dec. 18, 2018<br>Trial Date: May 16, 2022 |

Plaintiff Jeri Connor ("Plaintiff") and defendant Quora, Inc. ("Quora"), by and through their respective counsel, hereby stipulate and request that judgment be entered in favor of Quora in the form approved by Quora, which is concurrently filed as the "Proposed Judgment."

DATED: June 1, 2021　　　　　　　　　CAPSTONE LAW APC

By: /s/ *[signature]*
Steven R. Weinmann
*Attorneys for Plaintiff Jeri Connor*

DATED: June 1, 2021　　　　　　　　　FRANKLIN D. AZAR & ASSOCIATES, P.C.

By: /s/ Paul R. Wood
Paul R. Wood
*Attorneys for Plaintiff Jeri Connor*

DATED: June 1, 2021　　　　　　　　　GREENBERG TRAURIG, LLP

By: /s/ Ian C. Ballon
Ian C. Ballon
*Attorneys for Defendant Quora, Inc.*

## ATTESTATION OF FILER

I, Steven R. Weinmann, am the ECF user whose ID and password are being used to file this Stipulation in compliance with Local Rule 5-1(i)(3). I hereby attest that the concurrence of the filing of this document has been obtained from each of the other signatories indicated by a conformed signature (/s/) within this document.

DATED: June 1, 2021　　　　　　　　　/s/ *[signature]*
Steven R. Weinmann