# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERI CONNOR, | CASE NO.: 5:18-cv-07597-BLF |
| Plaintiff, | Hon. Beth Labson Freeman |
| v. | **[PROPOSED]** **JUDGMENT** |
| QUORA, INC., a Delaware corporation, | |
| Defendant. | |

Pursuant to the Stipulation for Entry of Judgment by and between Plaintiff Jeri Connor and Defendant Quora, Inc., IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. Judgment is entered in favor of Defendant Quora, Inc. on all claims in the above-captioned action.

2. Each party shall bear its own costs, including attorneys' fees.

**IT IS SO ORDERED.**

DATED: __June 7_____, 2021    _____
                                    Hon. Beth Labson Freeman

.